AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIVIL CLOTHING, INC, a California corporation <br> *Plaintiff(s)* <br> v. <br> THEALPHA.COM LLC, a Texas limited liability company; GABRIEL MONTOYA, an individual; and DOES 1-50 <br> *Defendant(s)* | Civil Action No. 2:25-cv-04722 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
GABRIEL MONTOYA
10004 Wurzbach Road #228
San Antonio, Texas 78230


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan S. Pink, Esq.
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____              _____
*Signature of Clerk or Deputy Clerk*